427 A.2d 263

Commonwealth v. Allen et al.

Appeal of Jerome Allen.

Appeal of Anthony Gagliardi.

Appeal of Ronnie Rice.

Appeal of Allen Cohen.

Appeal of James Hinton.

Appeal of Norman Turner.

Argued March 19, 1979. Fred Goodman, for appellants. John J. Kevlock, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgments of sentence affirmed.

WIEAND, J., did not participate in the consideration of decision of this case.